

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Esco Walter
County Attorney
Taylor County
Abilene, Texas

Dear Sir:

Opinion No. 0-2963
Re: Article 3899b, Section 2
Authority of commissioners' court
to furnish suitable offices, etc.
for resident district attorney.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Article 3899b of the Revised Civil Statutes
deals with offices and office supplies and furniture for county and state officials. Section 2
of said Article is as follows:

"'Suitable offices and stationery
and blanks necessary in the performance
of their duties may in the discretion
of the Commissioners Court also be furnished to resident District Judges, resident District and County Attorneys,
County Superintendents and County Surveyors, and may be paid for on order of
the Commissioners Court out of the County
Treasury.'

"A resident citizen of Taylor County, Texas,
was elected District Attorney of the 104th Judicial
District, which district includes Fisher, Jones and
Taylor counties. Under Section 2 of the above Article, it is my opinion that the Commissioner's Court
of Taylor County, being the county where the District Attorney resides, would be authorized to furnish said District Attorney suitable offices, including stationery, blanks and office equipment necessary for the District Attorney's office.

Honorable Esco Walter, Page 2


"What is your opinion about this matter?"

Opinion No. 0-2384 of this department holds that it is discretionary with the commissioners' court as to whether or not they shall furnish suitable offices, furniture, stationery and blanks necessary in the performance of the duties of the county attorney. We enclose herewith a copy of said opinion.

It is the opinion of this department that you have correctly answered the above question.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Wm. J. Fanning

Wm. J. Fanning
Assistant

WJF:AW

ENCLOSURE

APPROVED DEC 18, 1940

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

